19071—Baker-Evans Ice Cream Co. v. Elizabeth Tedesco; error to the Court of Appeals of Mahoning county. Judgment reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-13-25; 3 Abs. 249; OS. Pend. 3 Abs. 345.

19085—The J. Livingston Co. v. Margaret Streeter; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, CJ., Matthias, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-20-25; 3 Abs. 265; OS. Pend. 3 Abs. 315.

19092—Hocking Valley Ry. Co. v. Bert F. Kotner; error to the Court of Appeals of Franklin county. Judgment affirmed. Jones, Matthias, Day, Allen and Robinson, JJ., concur. Dock. 4-23-25; 3 Abs. 278; OA. 3 Abs. 323.

19147—In re exceptions: State of Ohio v. Alexander C. Douglas; exceptions by prosecuting attorney to decision of Court of Common Pleas of Jefferson county. Exceptions overruled. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-15-25; 3 Abs. 329; OS. Pend. 3 Abs. 518.

19166—William H. Maddex v. Lucy Columber; error to the Court of Appeals of Hardin county. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-26-25; 3 Abs. 359; OA. 3 Abs. 399; OS. 2 Abs. 628.

19186—Robert G. Thayer, Ex Parte; error to the Court of Appeal of Hamilton county. Judgment affirmed. Marshall, CJ., Jones, Matthias, Allen and Kinkade, JJ., concur. Dock. 6-4-25; 3 Abs. 377; OA. 3 Abs. 688.

19301—State of Ohio, ex rel. Michael Fioretos, v. Industrial Commission of Ohio. In Mandamus. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-30-25; 3 Abs. 482. OS. Pend. 3 Abs. 597.

19320—American Soap Co. v. Charles B. Bogue; error to the Court of Appeals of Hamilton county. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-13-25; 3 Abs. 514; OA. 3 Abs. 746; OS. Pend. 3 Abs. 647.

19847—State of Ohio on relation of Nettie Spring v. Cyrus Locher, as Director of the Department of Commerce, et al. In Mandamus. Settled and dismissed without record and without prejudice and at the costs of relator. Dock. 9-9-25; 3 Abs. 580.

19573—Board of Education of the School District of the City of Dayton et al. v. State, ex rel. Earl Reese; error to the Court of Appeals of Montgomery county. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 1-16-26; 4 Abs. 56; OS. Pend. 3 Abs. 524.

## MOTION DOCKET

19025—Robert E. Tuck v. George Chapple. Motion by defendant to dismiss petition in error. Overruled. Dock. 3-18-25; 3 Abs. 198.

19026—Amanda Tuck v. George Chapple. Motion by defendant to dismiss petition in error. Overruled. Dock. 3-18-25; 3 Abs. 198.

19470—By-Products Recovery Co. v. Charles R. Mabee, et al. Motion for Lucas Appeals to certify. Overruled. Dock. 12-10-25; 3 Abs. 762. U. S. App. 3 Abs. 219.

19486—Robert C. Bancroft et al v. J. K. Williams, etc. Motion for Clark Appeals to certify. Overruled. Dock. 12-15-25; 4 Abs. 10.

19492—National Coal Co. v. N. V. Heskett. Motion for Guernsey Appeals to certify. Over-ruled. Dock. 12-16-25; 4 Abs. 10; OS. Pend. 4 Abs. 117.

19493—F. L. Euga, et al v. Lancaster Coal & Sand Co. Motion for Perry Appeals to certify. Overruled. Dock. 12-16-25; 4 Abs. 10.

19494—Charles E. Sommers v. Barbara Doersam, et al. Motion for Franklin Appeals to certify. Allowed. Dock. 12-17-25; 4 Abs. 24.

19497—Edward Stuller et al v. City of Bowling Green, Ohio. Motion for Wood Appeals to certify. Overruled. Dock. 12-18-25; 4 Abs. 24.

19498—Board of County Comr's of Cuyahoga County, Ohio, v. Alphonso Jones, Admr. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 12-18-25; 4 Abs. 24; OA. 3 Abs. 133; 4 Abs. 23.

19499—Townsend Bros. Milk Co. v. French Bros.-Bauer Co. Motion for Hamilton Appeals to certify. Overruled. Dock. 12-18-25; 4 Abs. 24; OA. 4 Abs. 21.

19505—T. Byron Manton et al v. Julia Manton. Motion for Lucas Appeals to certify. Overruled. Dock. 12-22-25; 4 Abs. 24.

19507—Grace Donovan v. State of Ohio. Motion for Hancock Appeals to certify. Over-ruled. Dock. 12-23-25; 4 Abs. 24.

19508—R. P. Murphey etc. v. State of Ohio. Motion for Hancock Appeals to certify. Over-ruled. Dock. 12-23-25; 4 Abs. 24.

19514—Cincinnati Traction Co. v. George Williams. Motion for Hamilton Appeals to certify. Allowed. Dock. 12-28-25; 4 Abs. 24.

19523—City of Lakewood v. Alice L. Daly. Motion for Cuyahoga Appeals to certify. Over-ruled. Dock. 12-30-25; 4 Abs. 24; OA. 4 Abs. 35.

19528—Mike Backbella v. State of Ohio. Motion for leave to file petition in error to the Belmont Appeals. Overruled. Dock. 1-2-26; 4 Abs. 40; OS. Pend. 4 Abs. 30.

19530—John M. Shockey v. Thornburg Sales Co. Motion for Wood Appeals to certify. Allowed. Dock. 1-4-25; 4 Abs. 40; OS. Pend. 4 Abs. 60.

19613—Dayton & Xenia Motor Bus Co. v. Public Utilities Commission of Ohio. Motion by plaintiff for stay of execution or order. Order stayed. Dock. 2-5-26; 4 Abs. 112.

## Abstracts of Last Week's
## SUPREME COURT OPINIONS

### SYLLABI

### No. 160

No. 19071. The Baker-Evans Ice Cream Co. v. Elizabeth Tedesco, an infant, etc. Error to the Court of Appeals of Mahoning County.

829. NEGLIGENCE—1. Not actionable where child struck by machine upon running away, due to fear of truck driver instilled by such driver calling "hey there" to group of children.

2. Where children were in the habit of picking up ice from truck and were warned by driver on previous occasions, does not make applicable the doctrine of attractive nuisance. MATTHIAS, J.

It is not actionable negligence for the driver of an auto truck, standing at the curb of a